STEPHEN J. ERIGERO (SBN 121616)
PASCALE GAGNON (SBN 207117)
**ROPERS MAJESKI PC**
801 South Figueroa St, Suite 2100
Los Angeles, CA 90017
Telephone: 213.312.2000
Facsimile: 213.312.2001
Email:  stephen.erigero@ropers.com
          pascale.gagnon@ropers.com

Attorneys for Defendants,
WEST YOST & ASSOCIATES, INC.,
CHARLES DUNCAN AND ERNIE LIU

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DOPUDJA, an individual; JON WELLS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WEST YOST & ASSOCIATES, INC., a California corporation, CHARLES DUNCAN, an individual, and ERNIE LIU, an individual,<br><br>Defendants. | Case No. 8:23-cv-01923-JVS-ADS<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]**<br><br>**DEFENDANTS' NOTICE OF MOTION FOR PROTECTIVE ORDER RE PLAINTIFFS' SECCOND SUBPOENAS FOR RECORDS TO CALIFORNIA BANK OF COMMERCE AND BFBA, LLP PER LOCAL RULE 37-2**<br><br>*[Filed concurrently with Jt. Stip.re Dfts.' Mtn for Prot. Order Re Pltfs.' Second Subpoenas for Records pursuant to Local Rule 37-2; Decl. of Pascale Gagnon and Exhibits thereto; Decl. of Thomas L. Gourde and Exhibits thereto]*<br><br>**Hearing Date: September 17, 2025**<br>**Hearing Time: 10:00 a.m.**<br>**Judge: Hon. Autumn D. Spaeth**<br>**Courtroom: 6B**<br>**Disc. Cut-Off: September 15 2025**<br>**Pretrial Conf.: January 5, 2026**<br>**Trial Date: January 27, 2026** |

4898-6462-7554.2

NOTICE OF MOTION FOR PROTECTIVE
ORDER RE PLAINTIFFS' SECOND SUBPOENAS

**TO THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on ***September 17, 2025, at 10:00 a.m.***, or as soon thereafter as counsel may be heard in Courtroom 6B of the above-referenced Court, located at 411 W. Fourth St., Santa Ana, CA 92701, Defendants West Yost & Associates, Inc. Charles Duncan and Ernie Liu (collectively "Defendants") will and hereby do move the Court for a Protective Order regarding the two Subpoenas for Records served by Plaintiffs upon third parties, namely California Bank of Commerce ("CBC") and BFBA, LLP ("BFBA") ("Second Subpoenas"), the Second Subpoenas served on CBC and BFBA on the grounds that such discovery is <u>overbroad in time</u> and therefore seeking information and/or documents that are not relevant to the issues presented in this action and not proportional to the need of the case in addition to seeking confidential private, proprietary and privileged information and documents without any temporal nexus to the issues in this action.

Defendants specifically request that the Court issue a Protective Order against Plaintiffs' Second Subpoenas in their entirety or, in the alternative, issue a protective order significantly narrowing the scope of the Subpoenas and limiting the documents requested for the December 30, 2024, to the present period to those relevant and proportional to the issues in this case, namely documents containing information associated with the shares previously held by Plaintiffs, if any, as further set forth by Defendants in the Joint Stipulation re Defendants' Motion for Protective Order re Plaintiff's Subpoenas pursuant to Rule 37-2.

This motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on August 14, 2025, following which no agreement could be reached regarding the relief sought herein. (Declaration of Pascale Gagnon, ¶9.)

This Motion is based upon this Notice, the concurrently filed Joint Stipulation re Defendants' Motion for Protective Order re Plaintiff's Subpoenas pursuant to Rule 37-2 and the concurrently filed Declaration of Pascale Gagnon and Exhibits thereto, with the concurrently filed Declaration of Thomas L. Gourde and Exhibits thereto filed in support of Plaintiffs' opposition argument in the all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: August 27, 2025

ROPERS MAJESKI PC

By: _____
STEPHEN J. ERIGERO
PASCALE GAGNON
Attorneys for Defendants,
WEST YOST & ASSOCIATES, INC.,
CHARLES DUNCAN and ERNIE LIU